IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Ortiz, Jose R | Case Number: 05 B 48775 |
|---|---|---|
| | Ortiz, Ingrid M | Judge: Squires, John H |
| | Printed: 5/20/08 | Filed: 10/11/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: March 6, 2008
Confirmed: November 30, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 13,311.41 | |
| Secured: | | 8,986.05 |
| Unsecured: | | 1,170.93 |
| Priority: | | 485.23 |
| Administrative: | | 1,600.00 |
| Trustee Fee: | | 675.65 |
| Other Funds: | | 393.55 |
| Totals: | 13,311.41 | 13,311.41 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Dennis G Knipp | Administrative | 1,600.00 | 1,600.00 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | Larkspur 2 Condominium Association | Secured | 0.00 | 0.00 |
| 4. | HSBC Auto Finance | Secured | 7,245.05 | 7,245.05 |
| 5. | Larkspur Homeowners Corporation | Secured | 600.00 | 500.50 |
| 6. | CitiMortgage Inc | Secured | 9,688.96 | 1,240.50 |
| 7. | Internal Revenue Service | Priority | 485.23 | 485.23 |
| 8. | HSBC Auto Finance | Unsecured | 195.58 | 195.58 |
| 9. | Larkspur Homeowners Corporation | Unsecured | 413.25 | 0.00 |
| 10. | Internal Revenue Service | Unsecured | 174.56 | 174.56 |
| 11. | St Alexius Medical Center | Unsecured | 302.60 | 302.60 |
| 12. | Nicor Gas | Unsecured | 498.19 | 498.19 |
| 13. | Larkspur Homeowners Corporation | Secured | | No Claim Filed |
| 14. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 15. | Comcast | Unsecured | | No Claim Filed |
| 16. | Ehn Medical Group Speciality | Unsecured | | No Claim Filed |
| 17. | Kidcare Medical | Unsecured | | No Claim Filed |
| 18. | Barrington Lakes Apartments | Unsecured | | No Claim Filed |
| 19. | Radiological Consultants | Unsecured | | No Claim Filed |
| 20. | Sprint | Unsecured | | No Claim Filed |
| 21. | Sherman Hospital | Unsecured | | No Claim Filed |
| 22. | United Aneshesia | Unsecured | | No Claim Filed |
| 23. | Pediatric&Adolescent Center, SC | Unsecured | | No Claim Filed |
| 24. | US Cellular | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Ortiz, Jose R<br>Ortiz, Ingrid M<br>Printed:  5/20/08 | Case Number:  05 B 48775<br>Judge:  Squires, John H<br>Filed:  10/11/05 |

$$\underline{\phantom{xxxxxxxxxx}} \qquad \underline{\phantom{xxxxxxxxxx}}$$
$ 21,203.42      $ 12,242.21

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 219.75 |
| 5% | 85.60 |
| 4.8% | 152.62 |
| 5.4% | 217.68 |

$\underline{\phantom{xxxxxxxxxx}}$
$ 675.65

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

